<div style="text-align:center">

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

</div>

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of March, two thousand twenty-three,

_____

| | |
|---|---|
| CompassCare, a New York nonprofit corporation, National Institute of Family and Life Advocates, DBA NIFLA, a Virginia corporation, First Bible Baptist Church, a New York nonprofit corporation, | **ORDER**<br>Docket No: 22-951 |

  Plaintiffs - Appellants-Cross-Appellee,

v.

Kathy Hochul, in her official capacity as the Govenor of the State of New York, Roberta Reardon, in her official capacity as the Commissioner of the Labor Department of the State of New York, Letitia James, in her official capacity as the Attorney General of the State of New York,

  Defendants - Appellees-Cross-Appellant.

_____

  Counsel for Appellants-Cross-Appellees has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting April 7, 2023 as the brief filing date.

  It is HEREBY ORDERED that Appellant's brief must be filed on or before April 7, 2023.The appeal is dismissed effective April 7, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. <u>See</u> Local Rule 27.1(f)(1); <u>cf. RLI Insurance Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).]

<div style="margin-left:50%">

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

</div>

